UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES HARRIS

    v.                                                            C.A. 15-222 ML

INVESTIGATOR D. PERRY, et al.

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion to Alter Judgment pursuant to F.R. Civ. P. 59(e).  This Court dismissed without prejudice Plaintiff's Complaint for failure to state a cause of action (Docket #9) because Plaintiff had failed to cure the defects in his original Complaint.  Since the dismissal was without prejudice, no judgment entered.  Therefore, Fed. R. Civ. P. 59(e) does not apply.  The Motion is DENIED.

If Plaintiff wishes to bring an action, he may do so by filing a new Complaint that sets forth sufficient facts to support his claims.

SO ORDERED:

_/s/ Mary M. Lisi_
Mary M. Lisi
United States District Judge
August 25, 2015